IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SEAN GDOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that defense counsel's oral motion for a continuance of the change of plea hearing in order to begin treatment at NOVA is granted. The change of plea hearing is rescheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 24, 2005, at 8:30 a.m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

    The ends of justice will be served by granting the defendant's request for a short continuance in order to enter into a treatment program, and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising from the date of the change of plea hearing to the newly scheduled hearing date, namely, **May 11, 2005, through May 24, 2005,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 9th day of May, 2005.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        JOSEPH F. BATAILLON
                                                        United States District Judge