FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

05 AUG -2 PH 4: 09

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) | |
| | ) | |
| SEAN GDOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the ___ day of August, 2005, on the Motion of the Defendant for an order to seal his "Motion for Deviation or Downward Departure From the Sentencing Guidelines and Request that the Matter be Sealed" (Filing No. ___), and his "Brief in Support of Motion for Deviation or Downward Departure From the Sentencing Guidelines and Request that this Matter be Sealed" (Filing No. ___).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the documents named in Defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal.

BY THE COURT:

Date: 8/2/05

_____